# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HASSIE MEGRAVE,<br><br>　　　　　　　　　　Petitioner,<br>　vs.<br>DIRECTOR OF THE CALIFORNIA DEPARTMENT OF CORRECTIONS,<br><br>　　　　　　　　　　Respondent. | CASE NO. 11-CV-2573<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

Megrave filed a § 2254 habeas petition on November 3, 2011. After receiving a notice from the Court regarding a possible failure on his part to exhaust his claims in state court, Megrave filed a motion for voluntary dismissal of his unexhausted claims on December 29, 2011. On January 30, 2012, Magistrate Judge Lewis issued a Report and Recommendation suggesting that Megrave's motion be granted and that his habeas petition be dismissed without prejudice. Respondent subsequently filed a notice of non-opposition.

The Court **ADOPTS** the R&R in its entirety. Megrave's motion for voluntary dismissal of his unexhausted claims is **GRANTED**, and his petition is **DISMISSED WITHOUT PREJUDICE**. Respondent needn't file an answer to Megrave's petition at this time.

**IT IS SO ORDERED**.

DATED: May 15, 2012

*Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge

- 1 -