1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HASSIE MEGRAVE, | CASE NO. 11-CV-2573 |
| Petitioner, | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| vs. | |
| DIRECTOR OF THE CALIFORNIA DEPARTMENT OF CORRECTIONS, | |
| Respondent. | |

    Megrave filed a § 2254 habeas petition on November 3, 2011. After receiving a notice from the Court regarding a possible failure on his part to exhaust his claims in state court, Megrave filed a motion for voluntary dismissal of his unexhausted claims on December 29, 2011. On January 30, 2012, Magistrate Judge Lewis issued a Report and Recommendation suggesting that Megrave's motion be granted and that his habeas petition be dismissed without prejudice. Respondent subsequently filed a notice of non-opposition.

    The Court **ADOPTS** the R&R in its entirety. Megrave's motion for voluntary dismissal of his unexhausted claims is **GRANTED**, and his petition is **DISMISSED WITHOUT PREJUDICE**. Respondent needn't file an answer to Megrave's petition at this time.

    **IT IS SO ORDERED**.

DATED: May 15, 2012

*Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge

- 1 -